State v. Huffman

---

---

STATE OF NORTH CAROLINA v. JAMES CLARENCE HUFFMAN

No. 746SC232

(Filed 5 June 1974)

APPEAL by defendant from *Rouse, Judge,* 22 October 1973 Session of Superior Court held in NORTHAMPTON County.

*Attorney General Robert Morgan by Charles M. Hensey and Robert G. Webb, Assistant Attorneys General, for the State.*

*Bruce C. Johnson for defendant appellant.*

State v. Clark

VAUGHN, Judge.

Defendant was convicted of felonious attempted escape, and sentence within lawful limits was imposed. We have considered the assignments of error brought forward and argued by diligent court appointed counsel. We find no error.

No error.

Judges CAMPBELL and MORRIS concur.